Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Garden State Academy Preschool of the Arts and Kindergarten LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-2962104 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 600 East Moss Mill Road<br>Absecon, NJ 08205<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Atlantic<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.gardenstateacademy.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Garden State Academy Preschool of the Arts and Kindergarten LLC    Case number (*if known*) _____
       Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    Garden State Academy Preschool of the Arts and Kindergarten LLC           Case number (*if known*) _____
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☒ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor   Garden State Academy Preschool of the Arts and Kindergarten LLC     Case number (*if known*)
         Name

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   Garden State Academy Preschool of the Arts and Kindergarten LLC     Case number (if known) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 17, 2024
              MM / DD / YYYY

X  /s/   Linda Pecchia                              Linda Pecchia
Signature of authorized representative of debtor    Printed name

Title   Owner

**18. Signature of attorney**

X  /s/ Raymond Patella                      Date   April 17, 2024
Signature of attorney for debtor                   MM / DD / YYYY

Raymond Patella
Printed name

Javerbaum Wurgaft Hicks Kahn Wikstrom Sinins PC
Firm name

505 Morris Avenue
Springfield, NJ 07081
Number, Street, City, State & ZIP Code

Contact phone   (973) 379-4200      Email address   rpatella@lawjw.com

NJ 02215-1996
Bar number and State

**United States Bankruptcy Court**
**District of New Jersey**

In re: Garden State Academy Preschool of the Arts and Kindergarten LLC
Debtor(s)

Case No. _____
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Linda Pecchia, declare under penalty of perjury that I am the Owner of Garden State Academy Preschool of the Arts and Kindergarten LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of April, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Linda Pecchia, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Linda Pecchia, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Linda Pecchia, Owner of this Corporation is authorized and directed to employ Raymond Patella, attorney and the law firm of Javerbaum Wurgaft Hicks Kahn Wikstrom Sinins PC to represent the corporation in such bankruptcy case."

Date: April 17, 2024

Signed: /s/ Linda Pecchia
Linda Pecchia

Resolution of Board of Directors
of
Garden State Academy Preschool of the Arts and Kindergarten LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Linda Pecchia, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Linda Pecchia, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Linda Pecchia, Owner of this Corporation is authorized and directed to employ Raymond Patella , attorney and the law firm of Javerbaum Wurgaft Hicks Kahn Wikstrom Sinins PC to represent the corporation in such bankruptcy case.

Date  April 17, 2024                             Signed  /s/ Linda Pecchia

Date  April 17, 2024                             Signed  /s/ Tracey House

Fill in this information to identify the case:

Debtor name: Garden State Academy Preschool of the Arts and Kindergarten LLC

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 600 MMR LLC c/o Triad Property Mgmt. 142 Highway #35, Suite 206 Eatontown, NJ 07724 | | | Disputed | | | $37,000.66 |
| Atlantic Coast Alarm 5100 Harding Highway, Suite 203 Mays Landing, NJ 08330 | | | | | | $399.87 |
| Capital One P.O. Box 4069 Carol Stream, IL 60197 | | | | | | $12,033.88 |
| Comcast P.O. Box 70219 Philadelphia, PA 19176-0279 | | | | | | $636.00 |
| Copiers Plus 3112 Fire Road Suite C Egg Harbor Township, NJ 08234 | | | | | | $168.65 |
| Enviro Services and Supply 45B Marble Loop Staten Island, NY 10309 | | | | | | $2,797.66 |
| Funding Metrics LLC d/b/a Lendini 3220 Tillman Drive, Suite 200 Bensalem, PA 19020 | | | Disputed | $85,909.43 | $0.00 | $85,909.43 |

Debtor   Garden State Academy Preschool of the Arts and Kindergarten LLC    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Fundworks Financial<br>5990 Sepulveda Blvd, Suite 310<br>Van Nuys, CA 91411 | | | Disputed | $140,274.61 | $0.00 | $140,274.61 |
| Global Document Services<br>225 Executive Drive<br>Moorestown, NJ 08057 | | | | | | $63.98 |
| HiView Solutions<br>852 Pacific Avenue<br>Cayucos, CA 93430 | | | | | | $270.00 |
| Horizon BCBS<br>P.O. Box 10130<br>Newark, NJ 07101-3130 | | | | | | $1,037.27 |
| Nextiva VOIP<br>9451 East Via de Ventura<br>Scottsdale, AZ 85256 | | | | | | $240.00 |
| ODK Capital LLC d/b/a OnDeck Capital<br>4700 W. Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 | | | Disputed | $77,979.00 | $0.00 | $77,979.00 |
| Selective Insurance<br>P.O. Box 371468<br>Pittsburgh, PA 15250-7468 | | | | | | $829.20 |
| TD Bank<br>P.O. Box 5600<br>Lewiston, ME 04243 | | | | $39,913.99 | $0.00 | $39,913.99 |
| TD Bank<br>P.O. Box 5600<br>Lewiston, ME 04243 | | | | $22,253.10 | $0.00 | $22,253.10 |
| TD Bank<br>P.O. Box 100205<br>Columbia, SC 29202 | | | | | | $11,596.94 |
| TD Bank, N.A.<br>P.O. Box 5600<br>Lewiston, ME 04243 | | | | | | $5,000.00 |
| U.S. Bank Equipment Finance<br>P.O. Box 790448<br>Saint Louis, MO 63179 | | | | | | $239.20 |

Debtor **Garden State Academy Preschool of the Arts and Kindergarten LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration Admin Office of Disaster Assistance 14925 Kingsport Road Fort Worth, TX 76155 | | all assets | | $1,030,700.00 | $0.00 | $1,030,700.00 |

**Fill in this information to identify the case:**

Debtor name: Garden State Academy Preschool of the Arts and Kindergarten LLC

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 17, 2024        X /s/ Linda Pecchia
                                    Signature of individual signing on behalf of debtor

                                    Linda Pecchia
                                    Printed name

                                    Owner
                                    Position or relationship to debtor

# United States Bankruptcy Court
### District of New Jersey

In re: Garden State Academy Preschool of the Arts and Kindergarten LLC  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Linda Pecchia<br>202 N. Quincy Avenue<br>Margate City, NJ 08402 | common | 50% | |
| Tracey C. House<br>1402 Somers Point Road<br>Egg Harbor Township, NJ 08234 | common | 50% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: April 17, 2024

Signature: /s/ Linda Pecchia  
Linda Pecchia

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    Garden State Academy Preschool of the Arts and Kindergarten LLC      Case No. _____

                                                                       Debtor(s)      Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Garden State Academy Preschool of the Arts and Kindergarten LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| April 17, 2024 | /s/ Raymond Patella |
|---|---|
| Date | Raymond Patella |
| | Signature of Attorney or Litigant |
| | Counsel for    Garden State Academy Preschool of the Arts and Kindergarten LLC |
| | Javerbaum Wurgaft Hicks Kahn Wikstrom Sinins PC |
| | 505 Morris Avenue |
| | Springfield, NJ 07081 |
| | (973) 379-4200   Fax: |
| | rpatella@lawjw.com |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re: Garden State Academy Preschool of the Arts and Kindergarten LLC

Case No.: 
Chapter: 11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $ 20,000.00
   Prior to the filing of this statement I have received ..................................... $ 20,000.00
   Balance Due .................................................................................................. $ 0.00

2. $ 1,738.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☒ Other (specify):     Debtor and Debtor's affiliate

4. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      Proposed counsel for the Debtors will provide legal advice and representation in these chapter 11 cases on an hourly basis. Counsel received a retainer of $20,000.00 before the bankruptcy filing. All fees and expenses will be subject to the filing of a fee application and approval by the court.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 17, 2024
*Date*

/s/ Raymond Patella
Raymond Patella
*Signature of Attorney*
Javerbaum Wurgaft Hicks Kahn Wikstrom Sinins PC
505 Morris Avenue
Springfield, NJ 07081
(973) 379-4200   Fax:
rpatella@lawjw.com
*Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re  Garden State Academy Preschool of the Arts and Kindergarten LLC    Case No. _____
                                              Debtor(s)                  Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  April 17, 2024            /s/ Linda Pecchia
                                  Linda Pecchia/Owner
                                  Signer/Title

600 MMR LLC
c/o Triad Property Mgmt.
142 Highway #35, Suite 206
Eatontown, NJ 07724


600 MMR LLC
c/o Michael J. SIligato
101 North Washington Avenue, Suite 14
Juliustown, NJ 08042


Amtrust North America
P.O. Box 6939
Cleveland, OH 44101-1939


Atlantic City Electric
P.O. Box 13610
Philadelphia, PA 19101


Atlantic Coast Alarm
5100 Harding Highway, Suite 203
Mays Landing, NJ 08330


Atlantic County Sheriff's Office
4997 Unami Blvd
Mays Landing, NJ 08330


BHG Financial
201 Solar Street
Syracuse, NY 13204


Bio Blasting
334 Tilton Road
Northfield, NJ 08225


Bug Bombers
13 Crossing Drive
Linwood, NJ 08221


Capital One
P.O. Box 4069
Carol Stream, IL 60197


Clay's Climate Control
501 W Patcong Avenue
Linwood, NJ 08221


Comcast
P.O. Box 70219
Philadelphia, PA 19176-0279


Copiers Plus
3112 Fire Road Suite C
Egg Harbor Township, NJ 08234

Enviro Services and Supply
45B Marble Loop
Staten Island, NY 10309


Fintegra LLC
99 Wall Street, Suite 686
New York, NY 10005


Fintegra LLC
c/o David Fogel, Esq.
1225 Franklin Ave., Suite 201
Garden City, NY 11530


Funding Metrics LLC
c/o Nicholas J. Zapala P.O. Box 1359
Bensalem, PA 19020


Funding Metrics LLC d/b/a Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Fundworks Financial
5990 Sepulveda Blvd, Suite 310
Van Nuys, CA 91411


Fundworks LLC
c/o Joshua J. Provost, Esquire
25852 McBean Parkway, Suite 91355
Valencia, CA 91355


Fundworks LLC
c/o Cary Sternback
Heitner & Brietstein 198 US 9 N, Ste 207
Manalpan, NJ 07726


Global Document Services
225 Executive Drive
Moorestown, NJ 08057


GM Financial
Payment Processing P.O. Box 99605
Arlington, TX 76096


Gold Medal Environmental
Cape May Division P.O. Box 5249
New York, NY 10008


GSA EHT LLC
3393 Bargaintown Road
Egg Harbor Township, NJ 08234


GSA Pre-K LLC
600 East Moss Road
Absecon, NJ 08205

HiView Solutions
852 Pacific Avenue
Cayucos, CA 93430


Horizon BCBS
P.O. Box 10130
Newark, NJ 07101-3130


Linda Pecchia
202 North Quincy Avenue
Margate City, NJ 08402


New Jersey American Water
P.O. Box 371331
Pittsburgh, PA 15250-7331


Nextiva VOIP
9451 East Via de Ventura
Scottsdale, AZ 85256


ODK Capital LLC d/b/a OnDeck Capital
4700 W. Daybreak Parkway, Suite 200
South Jordan, UT 84009


Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251


Selective Insurance
P.O. Box 371468
Pittsburgh, PA 15250-7468


South Jersey Gas
P.O. Box 6091
Bellmawr, NJ 08099-6091


Synergy Capital
160 Pearl Street, Floor 6
New York, NY 10005


T.D. Bank, N.A.
c/o Jane Langford, Esq.
2059 Springdale Road
Cherry Hill, NJ 08003


TD Bank
P.O. Box 5600
Lewiston, ME 04243


TD Bank
c/o Michael E. Brown
Dembo, Brown & Burns LLP 1300 Route 73,
Mount Laurel, NJ 08054

TD Bank
P.O. Box 5600
Lewiston, ME 04243

TD Bank
c/o Michael E. Brown
Dembo, Brown & Burns LLP 1300 Route 73,
Mount Laurel, NJ 08054

TD Bank
P.O. Box 100205
Columbia, SC 29202

TD Bank, N.A.
P.O. Box 5600
Lewiston, ME 04243

TD Bank, N.A.
2059 Springdale Road
Cherry Hill, NJ 08003

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855

Tracey C. House
1402 Somers Point Road
Egg Harbor Township, NJ 08234

U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179

U.S. Small Business Administration
Admin Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416

U.S. Small Business Administration
c/o Merrick Garland, Atty Gen of the U.S
Dept of Justice 950 Pennsylvania Ave, NW
Washington, DC 20532

U.S. Small Business Administration
Civil Process Clerk
970 Broad Street, 7th Floor
Newark, NJ 07102

U.S. Small Business Administration
Civil Process Clerk P.O. Box 2098
401 Market Street, 4th Floor
Camden, NJ 08101


Versutia Solutions
40946 US-19 N, Suite 416
Tarpon Springs, FL 34689


Water Pros
3121-D Fire Road, Suite 157
Egg Harbor Township, NJ 08234